UNITED STATES DISTRICT COURT
DISTRICT OF DELEWARE

ATTORNEY:
Kelley Drye and Warren, LLP
101 Park Avenue
New York, New York 10178

METLIFE INVESTORS USA INSURANCE COMPANY,                          Case Number-11-CV-911 - LPS

                                                    Plaintiff,

            -against -                              **AFFIDAVIT OF SERVICE**

STAR LITE BROKERAGE, INC. and BREINDEL KELIN
                                                    Defendants.

STATE OF NEW YORK   }
                    } SS
COUNTY OF NEW YORK  }

**JEFFREY RUBELL,** being duly sworn deposes and says:

On October 11, 2011, at 11:30 a.m., I attempted to serve the enclosed Summons, Complaint and Civil Cover Sheet upon Breindel Klein at 2 Van Buren Drive, Unit 201, Monroe, New York 10950. There was no answer upon ringing the door bell; therefore, I proceeded to walk back to my car. In the meanwhile, I encountered a USPS carrier and asked him if this was the correct residence for Breindel Klein? He replied that "He does deliver mail to this address to a Breindel Klein and also a Breindel Weinstock."

On October 17, at 11:22 a.m., I returned to the address, knocked on the door and a white male opened the door. I asked him if Breindel Klein was home and he escorted me upstairs into the residence to a room where a number of people were mourning over a death of a family member. I was told to leave and given no information about Breindel Klein.

On November 2, 2011, at 6:15 p.m., I returned to the premises again, knocked on the door and a white female opened the door and did not say anything but immediately slammed the door on my foot and face. I then proceeded to walk back to my car to report this occurrence. A few minutes later while I was in my car, a white male approached my car and asked me what I was doing. I responded that I was looking for a Breindel Klein or Breindel Weinstock and he replied that he knew no such person. I advised him that I was told by the mail carrier that Breindel Klein receives mail at this address but he then told me to leave or he was going to call the police.

On November 10, 2011, at 10:54 a.m., I returned to said address and affixed a true copy of the Summons, Complaint and Civil Cover Sheet to the door of the premises and completed service by mailing a true copy in a postpaid envelope to the  above address bearing the words "Personal & Confidential" by First Class Mail the next morning and placed in an official depository of the U.S.P.S. in the State of New York.

Sworn to me on this 8th day of

November, 2011

                                                    Jeffrey Rubell
                                                    License # 1335175

SALVATORE INCHERCHERA
Notary Public, State of New York
No. 01IN6248434
Qualified in Richmond County
Commission Expires Sept. 19, 2015

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Delaware

Case Number: 11-CV-911 –

Plaintiff:
**METLIFE INVESTORS USA INSURANCE COMPANY**

vs.

Defendant:
**STAR LITE BROKERAGE , INC. and BREINDEL KLEIN**

For:
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY  10178

Received by Lex-Serv, LLC to be served on **Breindel Klein, 2 Van Buren Drive, Unit 201, Monroe, NY 10950.**

I, Jeffrey Rubell, being duly sworn, depose and say that on the **10th day of November, 2011 at 10:54 am, I:**

**AFFIXED** a true copy of the **Summons, Complaint, and Civil Cover sheet.** to the door at the address of: **2 Van Buren Drive, Unit 201, Monroe, NY 10950**, the same being the defendant/respondent's place of **Abode** within the State of New York.  Deponent completed service by mailing a true copy of the **Summons, Complaint, and Civil Cover sheet.** in a postpaid envelope to the address of: **2 Van Buren Drive, Unit 201, Monroe, NY 10950** bearing the words "Personal & Confidential" by First Class Mail on **11/11/2011** and placed in an official depository of the U.S.P.S. in the State of New York.

**Additional Information pertaining to this Service:**
10/11/2011  11:30 am   1ST ATTEMPT MADE
10/17/2011  11:22 am   2ND ATTEMPT MADE
11/2/2011  6:15 pm   3RD ATTEMPT MADE

I certify that I am not a party herein, I am a resident of the State of New York and I am over the age of 18.

Subscribed and Sworn to before me on the ‖th day
of November , 2011  by the affiant who is
personally known to me.

NOTARY PUBLIC

**Jeffrey Rubell**
1335175

**Lex-Serv, LLC**
**211 East 43rd Street**
**Suite 1804**
**New York, NY 10017**
**(212) 661-1180**
Our Job Serial Number: LXS-2011000321

**SALVATORE INCHERCHERA**
**Notary Public, State of New York**
**No. 01IN6248434**
**Qualified in Richmond County**
**Commission Expires Sept. 19, 2015**

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4t