United States District Court
District of Delaware

Metlife Investors USA Insurance Company,

                              Plaintiff(s)

-against-

Star Lite Brokerage, Inc. and Breindel Klein,

                              Defendant(s)

AFFIDAVIT OF SERVICE
Civil Action No. 11 CV 911

State of New York )
                  ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on November 16, 2011 at approximately 1:50 PM deponent served the following specific papers pursuant to Section 306 of the Business Corporation Law: Summons in a Civil Action and Complaint with Civil Cover Sheet and Rule 7.1 Disclosure Statement, that the party served was Star Lite Brokerage, Inc., a domestic business corporation, one of the defendants in this action, by personally serving two copies of the aforesaid papers at the office of the NYS Secretary of State located at 99 Washington Avenue, 6th Floor, in the City of Albany, New York by delivering to and leaving the papers with Donna Christie, a white female with blonde hair, being approximately 36-45 years of age; height of 5'4" - 5'8", weight of 130-160 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

                                                          Mary M. Bonville

Sworn to before me this 16th day of November, 2011

Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2014

State of New York - Department of State
Receipt for Service

Receipt #: 201111160608    Cash #: 201111160588
Date of Service: 11/16/2011    Fee Paid: $40 - DRAWDOWN
Service Company: 08 COLBY ATTORNEYS SERVICE COMPANY - 08

Service was directed to be made pursuant to: SECTION 306 OF THE BUSINESS CORPORATION LAW

Party Served: STAR LITE BROKERAGE INC.

Plaintiff/Petitioner:
    METLIFE INVESTORS USA INSURANCE COMPANY


Service of Process Address:
STAR LITE BROKERAGE INC.
290 LARKIN DRIVE
SUITE 103 PMB 150
MONROE, NY 10950

Secretary of State
By DONNA CHRISTIE