IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| METLIFE INVESTORS USA INSURANCE COMPANY, | : : : | |
| Plaintiff, | : : | |
| v. | : : | C.A. No. 11-CV-091-LPS |
| STAR LITE BROKERAGE, INC. and BREINDEL KLEIN, | : : : | |
| Defendants. | : | |

**NOTICE OF APPEARANCE**

**TO:** Clerk of the Court
United States District Court
For the District of Delaware
Federal Building
844 King Street
Wilmington, Delaware 19801

**PLEASE ENTER** the appearance of John S. Malik as counsel for Defendants in the above captioned civil action.

                                            Respectfully submitted,

                                            /s/ John S. Malik
                                            JOHN S. MALIK
                                            100 East 14th Street
                                            Wilmington, Delaware 19801
                                            (302) 427-2247
                                            Attorney for Plaintiffs

Dated: December 29, 2011

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| METLIFE INVESTORS USA INSURANCE COMPANY, | : : : | |
| Plaintiff, | : : | |
| v. | : : | C.A. No. 11-CV-091-LPS |
| STAR LITE BROKERAGE, INC. and BREINDEL KLEIN, | : : : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

    I, John S. Malik, hereby certify this 30th day of December, A.D., 2011, that I have caused to be served via electronic delivery one copy of the Notice of Appearance of Defendants' Counsel upon the following individuals at the following address:

        Patricia R. Uhlenbrock, Esquire
        Gregory T. Donilon, Esquire
        Pinckney, Harris & Weidinger, LLC
        1220 North Market Street, Suite 950
        Wilmington, Delaware 19801

        /s/ John S. Malik
        JOHN S. MALIK
        100 East 14th Street
        Wilmington, Delaware 19801
        (302) 427-2247
        Attorney for Defendants