IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| METLIFE INVESTORS USA INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>STAR LITE BROKERAGE, INC. and BREINDEL KLEIN,<br><br>    Defendants. | 11-CV-911 (LPS) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

  Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Kevin J. Smith, Esquire to represent Plaintiff MetLife Investors USA Insurance Company in this matter.

Dated: January 6, 2012
            */s/   Gregory T. Donilon*
            Patricia R. Uhlenbrock (No. 4011)
            Gregory T. Donilon (No. 4244)
            1220 North Market Street, Suite 950
            Wilmington, DE 19801
            Telephone:  (302) 504-1497
            Facsimile:  (302) 655-5213
            E-mail:  puhlenbrock@phw-law.com
                gdonilon@phw-law.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: January 6, 2012

/s/ Kevin J. Smith
Kevin J. Smith, Esquire
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
E-mail: ksmith@kelleydrye.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Kevin J. Smith, Esq. is granted.

Date: _____, 2012

_____
LEONARD P. STARK
UNITED STATES DISTRICT JUDGE