**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

METLIFE INVESTORS USA INSURANCE
COMPANY,

           Plaintiff,

      v.

STAR LITE BROKERAGE, INC. and BREINDEL
KLEIN,

           Defendants.

11-CV-911 (LPS)

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of John E. Kiley, Esquire to represent Plaintiff MetLife Investors USA Insurance Co., in this matter.

Dated: January 6, 2012

*/s/    Gregory T. Donilon*
Patricia R. Uhlenbrock (No. 4011)
Gregory T. Donilon (No. 4244)
1220 North Market Street, Suite 950
Wilmington, DE 19801
Telephone:  (302) 504-1497
Facsimile:   (302) 655-5213
E-mail:  puhlenbrock@phw-law.com
        gdonilon@phw-law.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York, the State of Connecticut, and the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: January 6, 2012

/s/ *John E. Kiley*
John E. Kiley, Esquire
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York  10178
Telephone:  (212) 808-7800
Facsimile:  (212) 808-7897
E-mail:  jkiley@kelleydrye.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of John E.

Kiley, Esquire is granted.

Date: _____, 2012

_____
LEONARD P. STARK
UNITED STATES DISTRICT JUDGE